## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

DENIS GRUSHKO,

     Petitioner,

     v.

WARDEN,

     Respondent.

CIVIL ACTION NO. 3:25-cv-02300

(SAPORITO, J.)

## ORDER

**AND NOW**, this 9th day of April, 2026, in accordance with the attached memorandum, **IT IS HEREBY ORDERED THAT**:

1.    The petition for *habeas corpus* (Doc. 1) is **GRANTED in part**.

2.    The Bureau of Prisons ("BOP") is **ORDERED** to recalculate the petitioner's First Step Act time credits to reflect his eligibility for such credits beginning on January 22, 2020, when he was sentenced and committed to BOP custody. Within **14 days** of this order, the respondent shall file a notice that addresses the status of compliance with this order.

3.    The petitioner's "Motion for Expedited Ruling" (Doc. 13) is **DENIED** as moot.

Dated: April 9, 2026

*s/Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States District Judge